# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

GEORGE MONTANO,

Plaintiff

v.

RICOH USA, INC.,

Defendant.

---

# NOTICE OF REMOVAL

---

Defendant Ricoh USA, Inc. ("Ricoh"), by and through its undersigned attorneys, and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby gives notice that it has removed this action from the Boulder County Colorado District Court to the United States District Court for the District of Colorado.  In support of this Notice of Removal, Defendant avers as follows:

## **BACKGROUND**

1.  Plaintiff George Montano initiated a civil action by filing a Complaint in the Boulder County District Court on August 23, 2018.  The action is captioned "George Montano v. Ricoh USA, Inc." and is docketed in the Boulder County District Court at Case

Number 2018CV30810 (the "State Court Action").  *A true and correct copy of the Complaint is included in **Exhibit D**.*[1]

2. On August 29, 2018 Ricoh was served in the State Court Action.  *A true and correct copy of the Affidavit of Service is included in **Exhibit F**.*[2]

3. The State Court Action sets forth Montano's alleged claims against Ricoh related to his employment, including: (i) violations of CRS § 13-71-134 (relating to employer harassment of jurors), (ii) wrongful termination in violation of public policy, (iii) breach of contract, (iv) willful and wanton breach of contract, (v) promissory estoppel, (vi) Family Medical Leave Act ("FMLA") retaliation, and (vii) unlawful prohibition of legal activities as a condition of employment.  *See* **Exhibit D**, at Counts I-VII.

4. There have been no other pleadings or proceedings in the State Court Action.  A true and correct copy of all process or other documents in the State Court Action are included as **Exhibit A-F**.

5. Defendant timely files this Notice of Removal within thirty (30) days after its service of the Complaint, in accordance with 28 U.S.C. § 1446(b).

---

[1] The unreferenced exhibits are:

**Exhibit A** is a copy of the current docket.
**Exhibit B** is the District Court Civil Summons.
**Exhibit C** is the District Court Civil (CV) Cover Sheet for Initial Pleading of Complaint.

[2] The unreferenced exhibit is:

**Exhibit E** is a Notice of Appearance of Montano's Counsel.

6. Ricoh has consented to removal and has authorized the undersigned on its behalf to remove this action. There are no additional defendants who must consent to this removal.

7. The United State District Court for the District of Colorado is the federal district court in which the State Court Action is pending. 28 U.S.C. § 85.

**THE COURT HAS ORIGINAL JURISDICTION OVER MONTANO'S CLAIMS BASED ON FEDERAL QUESTION JURISDICTION**

8. This Court has original jurisdiction of the State Court Action pursuant to 28 U.S.C. § 1331 because the State Court Action sets forth claims under the FMLA.

9. As a result, the State Court Action may be removed by Ricoh pursuant to 28 U.S.C. § 1441.

10. The Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 because Montano's state law claims arise out of the same nucleus of operative facts—his employment with Ricoh. As a result, removal of these claims is appropriate under 28 U.S.C. § 1441 (c).

**THE COURT HAS ORIGINAL JURISDICTION OVER MONTANO'S CLAIMS BASED UPON DIVERSITY OF CITIZENSHIP**

11. This Court also has original subject matter jurisdiction over this action because there is complete diversity of citizenship between all properly joined parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

12. The State Court Action is therefore removable under 28 U.S.C. § 1441(a).

**THERE IS COMPLETE DIVERSITY BETWEEN THE PARTIES**

13. Montano is a citizen of Colorado. *See* **Exhibit D***,* at ¶ 24.

14. Ricoh is a corporation organized and existing under Ohio law, with its principal place of business located in Malvern, Pennsylvania. Accordingly, Ricoh is a citizen of Ohio and Pennsylvania for the purposes of 28 U.S.C. § 1332(a)(1). *See* **Exhibit G**, Declaration of Annitra Dixon at ¶ 4-5.

**THE AMOUNT IN CONTROVERSY EXCEEDS $75,000**

15. In the State Court Action, Montano seeks "actual and compensatory damages and . . . additional damages for his pain and suffering," punitive damages, back pay and front pay, statutory penalties and treble damages related to the alleged violations of C.R.S § 13-71-134 and § 24-34-402.5(2)(b), as well as attorneys' fees and costs. *See* **Exhibit D**, at Section V, Prayer for Relief.

16. In a pre-litigation settlement demand, Montano's counsel calculated Montano's damages to be in an amount in excess of $75,000. *See* **Exhibit G**, at ¶ 8.

17. Moreover, the District Court Civil (CV) Cover Sheet for Initial Pleading of Complaint that Montano and / or his attorney completed in the State Court Action indicates that "a monetary judgment over $100,000 is sought by any party against any other single party. This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought." *See* **Exhibit C**.

18. Accordingly, for the purposes of removal based on diversity jurisdiction, the amount in controversy in this matter is in excess of $75,000.

## RICOH'S COMPLIANCE WITH THE NOTICE REQUIREMENTS OF 28

19.     Pursuant to 28 U.S.C. § 1446(d), Ricoh is serving this Notice of Removal on Montano's counsel and filing it with the Clerk of Court for the Boulder County District Court.

WHEREFORE, Defendant Ricoh USA, Inc. hereby removes this civil action to this Honorable Court.  No further proceedings shall take place in the Boulder County District Court.

Dated this 27th day of September, 2018.

Respectfully submitted,

s/ *Mariah H. McGrogan*
**Reed Smith LLP**

Hannah L. Sorcic
10 S. Wacker Dr. #4000
Chicago, IL 60606
Telephone:  312-207-6547
Facsimile:  312-207-6400
HSorcic@reedsmith.com

Mariah H. McGrogan
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222
Telephone:  412-288-3152
Facsimile:  412-288-3063
MMcGrogan@reedsmith.com

Attorney for Defendant, RICOH USA, INC.

## CERTIFICATE OF SERVICE

I, the undersigned counsel, hereby certify that the foregoing *Notice of Removal* was served upon the following counsel of record by email and by United States mail, first class, postage prepaid, addressed as follows:

>David H. Miller
>Adam M. Harrison
>Sawaya & Miller
>1600 Ogden Street
>Denver, CO  80218
>dmiller@sawayalaw.com
>aharrison@sawayalaw.com

>s/ *Mariah H. McGrogan*
>Counsel for Defendant

Dated:  September 27, 2018