# EXHIBIT A

```
    INTEGRATED  COLORADO  ONLINE  NETWORK  (ICON)
Status:                              District Court, Boulder County
Case #: 2018 CV 030810    Div/Room: 3       Type: Other
                  MONTANO, GEORGE vs. RICOH USA INC

                                                       DV STATUS:
   Case File Date: 8/23/2018    Case Close Date:       Appealed: N
                                Confidential Intermediary............:

                    Bar #   Name
      Judicial Off...: 017661  ANDREW ROSS MACDONALD
      Alt Jud Officer: 026550  ROBERT GUNNING
                    Description               Stat Date       Time     Rm/D
      Trial..........:                                         0:00
      Next Schd Event: Review                     10/26/2018   6:00 A
      Last Schd Event:                                         0:00
      Last Event.....: Return of Service      n/a  9/11/2018

      Attorney(s)....: Y  +

      Judgements...........:N
      Motions Filed........:N

      Amount Prayed for....:            .00

      Jury Fee Paid........:Y

                        ----- PARTIES -----
PARTY  ROL STS    NAME                      ATTORNEY                    ROL
DEF    1          RICOH USA INC
              Business Phone..........: (609) 524-2049
              Business Address........: 6300 Diagonal Hwy
                                      : BOULDER, CO    80301
PTF    1          MONTANO, GEORGE           MILLER, DAVID HUNTER et al  PRV
              Business Phone..........: (303) 839-1650
              Work Address............: Sawaya Law Firm
                                      : 1600 Ogden Street
                                      : DENVER, CO    80218
FILE DATE      EVENT DESCRIPTION
 8/23/2018    Complaint & Jury Demand        Event ID: 000001   E-Filed: J
               PTF/    MONTANO, GEORGE
Complaint 4998E98BA6C10
 8/23/2018    Summons                        Event ID: 000002   E-Filed: J
               PTF/    MONTANO, GEORGE
Summons 4998E98BA6C10
 8/23/2018    Civil Case Cover Sheet         Event ID: 000003   E-Filed: J
               PTF/    MONTANO, GEORGE
Civil Case Cover Sheet 16.1 Not Applicable 4998E98BA6C10
 8/31/2018    Entry of Appearance            Event ID: 000004   E-Filed: J
               PTF/    MONTANO, GEORGE
Notice of Entry of Appearance - Adam M. Harrison 11611605CBAFF
FILE DATE     SCHEDULED EVENT DESCRIPTION    SCHD DATE    TIME    ROOM  PRI
 8/31/2018    Review                         10/26/2018   06:00 AM  Y
         Officer: ANDREW ROSS MACDONALD               Length: 1.00 Hour(s)
                                                      Note..: STATUS
```

| FILE DATE | SCHEDULED EVENT DESCRIPTION | SCHD DATE | TIME | ROOM | PRI |
|---|---|---|---|---|---|
| 9/11/2018 | Return of Service | | Event ID: 000005 | E-Filed: J | |
| | PTF/   MONTANO, GEORGE | | | | |

Return of Service on 8-29-18 to Angela Hodges for The Corporation Company for Ricoh USA, Inc in Centennial BCCCCC88A75CB

End of Case: 2018 CV 030810